UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| MAXWELL OLSON and GLOBAL WEATHER PRODUCTIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FOUNDATION FOR EXCELLENCE IN LOUISIANA PUBLIC BROADCASTING,<br><br>Defendant. | CIVIL ACTION NO. 3:25-CV-914<br><br>JURY DEMAND |

### COMPLAINT FOR COPYRIGHT INFRINGEMENT

### (INJUNCTIVE RELIEF DEMANDED)

MAXWELL OLSON ("Olson") and GLOBAL WEATHER PRODUCTIONS, LLC ("GWP"), by and through their undersigned counsel, hereby bring this Complaint against Defendant FOUNDATION FOR EXCELLENCE IN LOUISIANA PUBLIC BROADCASTING ("Defendant") for damages and injunctive relief, and in support thereof state as follows:

### SUMMARY OF THE ACTION

1. Plaintiffs bring this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §106, to reproduce, publicly perform, display, and distribute their original copyrighted works of authorship.

2. Defendant FOUNDATION FOR EXCELLENCE IN LOUISIANA PUBLIC BROADCASTING ("LPB") is a Louisiana private non-profit corporation, operated exclusively for the promotion, development, enhancement, and assistance of public television in the State of Louisiana. At all times relevant herein, LPB owned and operated the internet website located at the URL https://www.youtube.com/@LPBTV (the "YouTube page").

3. Defendant FOUNDATION FOR EXCELLENCE IN LOUISIANA PUBLIC BROADCASTING is referred to herein as "Defendant" or "LBP".

4. Plaintiffs allege that LPB copied Plaintiffs' copyrighted Works from the internet in order to advertise, market and promote its business activities. LPB committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public in the course and scope of the LPB's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendants are subject to personal jurisdiction in Louisiana.

8. Venue is proper in this district under 28 U.S.C. §§ 1391(b) and (c) and 1400(a) and because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## PLAINTIFFS

9. MAXWELL OLSON is a storm chaser, videographer and photographer who has captured some of the most recognizable storm images on the planet. He developed a proprietary storm camera that captured what is widely considered the best storm surge video ever recorded. Olson has assisted directly with disaster victims and in first response after tornadoes. His content has been licensed by many news outlets globally and he has been featured in numerous documentaries including "The Price of Paradise" on Amazon.

10. Olson has had a lifelong passion for severe weather, by kindergarten, the Tornado Video Classics VHS tapes became more watched than cartoons and every birthday consisted of

dozens of new weather books. Growing up in Colorado allowed for a wide variety of weather to be experienced, from blizzards to hail storms and occasionally landspout tornadoes, it was a perfect environment to drive the ever-growing passion. Olson went on his first storm chasing trip to the plains in 2007 and has returned every year since to document the most intense weather mother nature has to offer. He also enjoys creating short documentaries along the way and has developed a successful YouTube following over the years.

11. Olson maintains a YouTube page entitled "Max Olson Chasing" with over 169,000 subscribers and 228 videos, located at the internet URL www.youtube.com/channel/UCuYyqIn40kpGDGWQHkEJS_Q (the "Olson YouTube Page"). Olson's YouTube Page has had upwards of 45 Million views. In addition, Olson has a Facebook page entitled "Past Pursuits – A Storm Chasing Series" located at the internet URL ww.facebook.com/pastpursuitschasing, and an X page entitled "Max Olson" located at the internet URL www.x.com/MesoMax919. Olson's X page has over 18,000 followers.

12. MICHAEL BRANDON CLEMENT ("Clement") is an award-winning videographer and drone pilot that has licensed content to hundreds of media outlets globally. He has been documenting extreme weather for almost 30 years. He has been featured on Netflix, HBO and many other documentaries. His company, WXChasing, has a well-established brand and large following on social media. His content has amassed Billions of views. Clement has assisted with first responders, charities and regularly provides ground truth to the National Weather Service and major media outlets relaying vital information to the public.

13. GWP is a professional videography company. GWP manages and stores Clement's collection of copyrighted works, overseeing the distribution of his creative pieces to various individuals and organizations. This arrangement allows for centralized control and administration

of Clement's intellectual property, streamlining the licensing and distribution of his work across different media platforms.

14. GWP is a Wyoming Limited Liability Company. GWP was founded May 31, 2023. Michael Brandon Clement is the sole propriotor/owner of GWP.

15. GWP owns the rights, titles, and interests of Clement's copyrighted Work.

16. GWP's videos of extreme weather events are frequently copied, downloaded, and reuploaded by infringers. GWP's videos are a popular and frequent source of footage of weather events that cannot be obtained elsewhere. This makes GWP a frequent target for infringers and pirates.

17. GWP's affiliate company, WXChasing, also owned by Clement, operates a popular and valuable YouTube channel on the YouTube platform. As of the filing of this Complaint, WXChasing:

   a. has over 170,000 subscribers and 250 videos on its channel on YouTube;
   b. the most popular WXChasing video has over 8.5 million views;
   c. has over 395,000 Followers and 299,000 Likes on Facebook;
   d. has over 28,000 Followers and 970 Following on Twitter; and
   e. has over 4,900 Followers and 180 Following on Instagram.

18. Plaintiffs' videos are viewed by substantial numbers of Louisiana residents who also view advertising placed on the videos on those channels by the streaming platform.

## THE COPYRIGHTED WORKS AT ISSUE

19. In 2022, Olson created the film entitled "9.29.2022_Storm Surge Ian."

20. Olson registered his Work with the Register of Copyrights on October 12, 2022, and was assigned registration number PA 2-381-497.

4

21. In 2022, GWP created the film entitled "10-2-2022 Ft Myers Beach, Fl Hurricane Ian Catastrophic damage from drone.," Clement transferred and assigned to GWP all of his rights, titles, and interests in the Works.

22. Attached hereto as **Exhibit 1** is a list showing Defendants links to its channel, and the Plaintiffs' Works that are the subject of this action. The Certificates of Registration are attached hereto as **Exhibit 2**.

23. At all relevant times Plaintiffs were the owner of the copyrighted Works.

24. FOUNDATION FOR EXCELLENCE IN LOUISIANA PUBLIC BROADCASTING is a Louisiana private non-profit corporation, with its principal place of business at 7733 Perkins Road, Baton Rouge, Louisiana 70810, and can be served by serving its Registered Agent, William Arceneaux, at the same address.

25. At all times relevant herein, LPB owned and operated the internet website located at the URL https://www.youtube.com/@LPBTV.

26. After Defendant downloaded Plaintiffs' Works, they edited the Works and uploaded infringing versions of Plaintiffs' Works to the YouTube Page.

27. Defendant copied Plaintiffs' Works in order to advertise, market and promote their business activities. Defendants committed the violations alleged in connection with their business.

## INFRINGEMENT BY DEFENDANT

28. Defendant has never been licensed to use the Works at issue in this action for any purpose.

29. On a date after the Works were created, but prior to the filing of this action, Defendant copied the Works.

30. On or about October 10, 2022, Plaintiffs discovered the unauthorized use of their Works on LBP's YouTube channel at the URL: https://www.youtube.com/watch?v=OJWaKNkICsU.

31. Defendant copied Plaintiffs' Works without Plaintiffs' permission.

32. After Defendant copied the Work, Defendant made further copies and distributed the Work on the internet to promote the sale of Defendant's news and media services.

33. Defendant copied Plaintiffs' Works in order to advertise, market and promote their social media pages, grow their social media subscriber bases, earn money from advertising to its social media followers, and engage in other money-making business activities using Plaintiffs' copyrighted media content.

34. Defendant committed these violations alleged in connection with Defendant's business for purposes of advertising to the public, including their social media viewers in Louisiana, in the course and scope of Defendant's business.

35. Defendant committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 3**.

36. Plaintiffs never gave Defendant permission or authority to copy, distribute or display the Works.

37. Plaintiffs notified Defendants of the allegations set forth herein on May 2, 2025 and May 28, 2025. To date, the parties have failed to resolve this matter.

**COUNT I**
**COPYRIGHT INFRINGEMENT**

38. Plaintiffs incorporate the allegations of paragraphs 1 through 37 of this Complaint as if fully set forth herein.

39. Plaintiffs own valid copyrights in the Works at issue in this case.

40. Plaintiffs registered the Works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

41. Defendant copied, displayed, and distributed the Works at issue in this case and made derivatives of the Works without Plaintiffs' authorization in violation of 17 U.S.C. § 501.

42. Defendant performed the acts alleged in the course and scope of their business activities.

43. Defendant's acts were willful.

44. Plaintiffs have been damaged.

45. The harm caused to Plaintiffs is irreparable.

WHEREFORE, Plaintiffs pray for judgment against Defendant FOUNDATION FOR EXCELLENCE IN LOUISIANA PUBLIC BROADCASTING that:

A. Defendant and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

B. Defendant be required to pay Plaintiffs' actual damages and Defendants profits attributable to the infringement, or, at Plaintiffs' election, statutory damages, as provided in 17 U.S.C. § 504;

C. Plaintiffs be awarded their attorneys' fees and costs of suit under the applicable statutes sued upon;

D. Plaintiffs be awarded pre- and post-judgment interest; and

E. Plaintiffs be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiffs hereby demand a trial by jury of all issues so triable.

Dated: October 10, 2025

Respectfully submitted,

*/s/ Jacob K. Weixler*
JACOB K. WEIXLER
La. Bar. No. 36076
WEIXLER LAW LLC
1239 Baronne St.
New Orleans, LA 70113
(504) 408-2180 – Telephone
(504) 814-1728 – Facsimile
jkw@weixlerlaw.com

*Counsel for Plaintiffs Global Weather Productions, LLC and Maxwell Olson*