# Exhibit 1

| Name | Link to Page | Date Found | Link to Infringement | Video Source | Registration Status |
|---|---|---|---|---|---|
| Louisiana Public Broadcasting | https://www.youtube.com/@LPBTV | 10/10/2022 | https://www.youtube.com/watch?v=OJWaKNkICsU | https://www.youtube.com/watch?v=al8yTiCVfro | Registered |
| Louisiana Public Broadcasting | https://www.youtube.com/@LPBTV | 10/10/2022 | https://www.youtube.com/watch?v=OJWaKNkICsU | https://www.youtube.com/watch?v=OHRuCKbKPek&t=374s | Registered |