# Exhibit 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## PA 2-394-646

**Effective Date of Registration:**
December 30, 2022
**Registration Decision Date:**
February 02, 2023

## Title

**Title of Work:** 10-2-2022 Ft Myers Beach, Fl Hurricane Ian Catastrophic damage from drone

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** October 02, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Michael Brandon Clement
  **Author Created:** entire motion picture
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Michael Brandon Clement
1315 Carroll Drive, Terry, MI, 39170, United States

## Certification

**Name:** Craig Sanders
**Date:** December 30, 2022

Page 1 of 1

**Registration #:** PA0002394646
**Service Request #:** 1-12076846762



Craig Sanders
Sanders Law Group
333 Earl Ovington Boulevard, Suite 402
Uniondale, New York 11553 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-381-497**

**Effective Date of Registration:**
October 12, 2022
**Registration Decision Date:**
November 28, 2022

## Title

    **Title of Work:** 9.29.2022_Storm Surge Ian

## Completion/Publication

    **Year of Completion:** 2022
    **Date of 1st Publication:** September 29, 2022
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Maxwell Olson
    **Author Created:** entire motion picture
    **Work made for hire:** No
    **Domiciled in:** United States

## Copyright Claimant

    **Copyright Claimant:** Maxwell Olson
    3220 Conestoga Drive, Norman, OK, 73072, United States

## Certification

    **Name:** Craig Sanders
    **Date:** October 12, 2022

**Registration #:** PA0002381497
**Service Request #:** 1-11817164356



Craig Sanders
Sanders Law Group
333 Earl Ovington Boulevard, Suite 402
Uniondale, New York 11553 United States